RECEIVED

FEB 17  10 12 AM '05

CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

Mr. Reginald Spence
FPC Schuylkill
P.O. Box 670
Minersville, PA. 17954

February 4, 2005

His Honorable Judge Robert N. Chatigny
Abraham A. Ribicoff Federal Building
450 Main Street
Hartford, CT. 06103

RE: 3:02 CR212 (RNC)

Honorable Judge,

My name is Reginald Spence, on the date of my sentencing, June. 4, 2003, I was sentenced to a term that I thought to be alittle outside of what I felt actually suited the offense. However, I was in the process of reviewing the transcripts from my sentencing phase and I came upon the following statement. "If it were up to (me), you would receive a 60 month sentence but due to the sentencing guidelines, I can't do that". In light of the cases that have been sent before the Supreme Court and the rulings that followed, is it probable that I can have this current sentence vacated and be re-sentenced under the discretion that the Supreme Court has given back to the Judges?

At this present moment, Iam currently involved in a program called "HOPE FOR LIFE". This programs allows us to deal with at-risk-youth and to better help them with the daily struggles of day to day life such as teen pregnacy, peer pressure, drug abuse, mental and physical abuse, and a litany of other things that effect our youth. I also took a 40 hour Drug Awareness and

---

February 23, 2005.  USA v. Reginald Spence
                    3:02CR212 (RNC)

The Clerk will docket this letter and send copies to counsel of record and the probation office.  So ordered.

Robert N. Chatigny, U.S.D.J.

U.S. DISTRICT COURT
HARTFORD, CT.
2005 MAR -3 P 2: 34
FILED

Reginald Spence #14874-014