UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| V. | : | Case No. 3:02-CR-212(RNC) |
| REGINALD SPENCE | : | |

ORDER TO SHOW CAUSE

    The defendant has moved for a reduction in his sentence of imprisonment under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 based on retroactive application of the guideline applicable to crack cocaine offenses.

    Accordingly, it is hereby ordered that the Government file a memorandum on or before May 26, 2008, showing why the Court should not order that the defendant's sentence of imprisonment be reduced.

    The Clerk will mail a copy of this order to the defendant.

    So ordered this 28th day of April 2008.

_____/s/ RNC_____
Robert N. Chatigny, U.S.D.J.