UNITED STATES DISTRICT
COURT OF CONNECTICUT

Reginald Spence,  )              CRIMINAL NO: 3:02-CR-212(RNC)
    Petitioner,  )
                 )
v.              )
                 )
United States of America,  )
    Defendants,  )
                 )
                 )
                 )

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR TRANSCRIPTS
WITHOUT PRE-PAYMENT**

Now Comes, Reginald Spence, Petitioner, Pro-Se in the aboved entitled cause and moves this Honorable Court to enter it's order granting petitioner's pauper status in that he is a poor inmate to produce the transcripts requested without pre-payment in that the poor prisoners are entitled by law to have free transcripts of their sentencing hearing and pre-trial proceedings. See <u>GRIFFIN V. ILLINOIS, 351 U.S. 12</u>, and also: <u>DOUGLAS V. CALIFORNIA, 372 U.S. 353</u>. See [ Exhibit-A] describing the needed transcripts in connection with the petitioners attaches his in Forma Pauperis declaration and a six (6) months print-out of his inmate trust fund account.

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on June 08, 2008.

                                                  Respectfully Submitted,

                                                  */s/ Reginald Spence*
                                                  Reginald Spence
                                                  Reg# 14814-014
                                                  Federal Medical Center
                                                         Devens
                                                  P.O. Box 879
                                                  Ayer, Massachusetts
                                                     01432

Form 1       JUN 1 3 2008

## IN FORMA PAUPERIS DECLARATION
__District of Connecticut__
[Insert appropriate court]

United States                DECLARATION IN SUPPORT
v.                                   OF REQUEST
_Reginald Spence_                    TO PROCEED
(Movant)                       IN FORMA PAUPERIS

I, _Reginald_, declare that I am the movant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?     Yes ☐     No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
   _____

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   _____

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?     Yes ☐   No ☑
   b. Rent payments, interest or dividends?                Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?      Yes ☐   No ☑
   d. Gifts or inheritances?                               Yes ☐   No ☑
   e. Any other sources?                                   Yes ☐   No ☑

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____

3. Do you own cash, or do you have money in checking or savings account?
   Yes ☐   No ☑   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

Form 1

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 6/9/08 (date). _Reginald Spence_
                                                                    Signature of Movant

CERTIFICATE

I hereby certify that the movant herein has the sum of $ 102.05 on account to his credit at the ___FMC Devens___ institution where he is confined.
I further certify that petitioner likewise has the following securities to his credit according to the records of said FMC Devens institution: _____
(a) 6 month deposit $ 1,029.56

_Regina LuFanie_
Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)

NAME _Regina LuFanie_  TITLE _Case Manager_
AUTHORIZED BY ACT OF JULY 7, 1955,
AS AMENDED, TO ADMINISTER OATHS   6/9/08
(18 USC 4004)
FMC DEVENS
P.O. BOX 880
AYER, MA 01432

# Inmate Statement

| | | |
|---|---|---|
| **Inmate Reg #:** 14814014 | **Current Institution:** | Devens FMC |
| **Inmate Name:** SPENCE, REGINALD | **Housing Unit:** | DEV-J-B |
| **Report Date:** 06/09/2008 | **Living Quarters:** | J04-408U |
| **Report Time:** 2:11:26 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 6/9/2008 10:27:25 AM | HIPP0508 | | | Payroll - IPP | $26.46 | | $102.08 |
| DEV | 6/6/2008 7:16:35 AM | TFN0606 | | | Phone Withdrawal | ($1.00) | | $75.62 |
| DEV | 6/5/2008 7:25:05 AM | TFN0605 | | | Phone Withdrawal | ($1.00) | | $76.62 |
| DEV | 6/4/2008 10:48:53 PM | TFN0604 | | | Phone Withdrawal | ($1.00) | | $77.62 |
| DEV | 6/3/2008 7:37:33 AM | TFN0603 | | | Phone Withdrawal | ($1.00) | | $78.62 |
| DEV | 5/31/2008 12:16:09 PM | TFN0531 | | | Phone Withdrawal | ($2.00) | | $79.62 |
| DEV | 5/30/2008 11:27:34 AM | TFN0530 | | | Phone Withdrawal | ($1.00) | | $81.62 |
| DEV | 5/28/2008 8:50:25 AM | 54 | | | Sales | ($1.20) | | $82.62 |
| DEV | 5/28/2008 8:48:44 AM | 53 | | | Sales | ($31.75) | | $83.82 |
| DEV | 5/26/2008 6:13:50 PM | TFN0526 | | | Phone Withdrawal | ($5.00) | | $115.57 |
| DEV | 5/25/2008 10:50:36 AM | TFN0525 | | | Phone Withdrawal | ($5.00) | | $120.57 |
| DEV | 5/23/2008 6:09:20 PM | TFN0523 | | | Phone Withdrawal | ($5.00) | | $125.57 |
| DEV | 5/22/2008 10:53:03 PM | TFN0522 | | | Phone Withdrawal | ($3.00) | | $130.57 |
| DEV | 5/22/2008 11:50:42 AM | TFN0522 | | | Phone Withdrawal | ($5.00) | | $133.57 |
| DEV | 5/21/2008 6:49:51 AM | 6 | | | Sales | ($36.60) | | $138.57 |
| DEV | 5/19/2008 8:43:08 AM | TFN0519 | | | Phone Withdrawal | ($5.00) | | $175.17 |
| DEV | 5/18/2008 2:18:11 PM | TFN0518 | | | Phone Withdrawal | ($5.00) | | $180.17 |
| DEV | 5/17/2008 7:18:42 PM | TFN0517 | | | Phone Withdrawal | ($5.00) | | $185.17 |
| DEV | 5/16/2008 10:27:58 PM | TFN0516 | | | Phone Withdrawal | ($5.00) | | $190.17 |
| DEV | 5/14/2008 11:05:25 PM | TFN0514 | | | Phone Withdrawal | ($5.00) | | $195.17 |
| DEV | 5/13/2008 2:30:21 PM | TFN0513 | | | Phone Withdrawal | ($5.00) | | $200.17 |
| DEV | 5/11/2008 7:02:43 PM | TFN0511 | | | Phone Withdrawal | ($5.00) | | $205.17 |
| DEV | 5/11/2008 9:18:30 AM | TFN0511 | | | Phone Withdrawal | ($1.00) | | $210.17 |
| DEV | 5/9/2008 11:51:28 AM | 54 | | | Sales | ($5.40) | | $211.17 |
| DEV | 5/7/2008 2:45:00 PM | HIPP0408 | | | Payroll - IPP | $27.72 | | $216.57 |
| DEV | 5/7/2008 8:38:54 AM | 41 | | | Sales | ($21.35) | | $188.85 |
| DEV | 5/3/2008 6:27:09 PM | TFN0503 | | | Phone Withdrawal | ($9.00) | | $210.20 |
| DEV | 5/3/2008 2:39:22 PM | TFN0503 | | | Phone Withdrawal | ($2.00) | | $219.20 |
| DEV | 5/1/2008 10:20:05 PM | TFN0501 | | | Phone Withdrawal | ($2.00) | | $221.20 |
| DEV | 4/30/2008 11:35:54 AM | TFN0430 | | | Phone Withdrawal | ($1.00) | | $223.20 |
| DEV | 4/30/2008 8:33:42 AM | 35 | | | Sales | ($38.45) | | $224.20 |
| DEV | 4/29/2008 1:58:58 PM | TFN0429 | | | Phone Withdrawal | ($2.00) | | $262.65 |
| DEV | 4/28/2008 11:09:58 AM | 33315108 | | | Western Union | $160.00 | | $264.65 |

| | | | | | |
|---|---|---|---|---|---|
| DEV | 4/27/2008 8:17:15 PM | TFN0427 | Phone Withdrawal | ($5.00) | $104.65 |
| DEV | 4/26/2008 3:26:30 PM | TFN0426 | Phone Withdrawal | ($2.00) | $109.65 |
| DEV | 4/24/2008 11:02:52 PM | TFN0424 | Phone Withdrawal | ($2.00) | $111.65 |
| DEV | 4/24/2008 7:20:41 AM | TFN0424 | Phone Withdrawal | ($2.00) | $113.65 |
| DEV | 4/23/2008 8:51:44 AM | 34 | Sales | ($67.70) | $115.65 |
| DEV | 4/22/2008 10:49:36 PM | TFN0422 | Phone Withdrawal | ($2.00) | $183.35 |
| DEV | 4/21/2008 6:47:53 PM | TFN0421 | Phone Withdrawal | ($5.00) | $185.35 |
| DEV | 4/20/2008 9:35:17 PM | TFN0420 | Phone Withdrawal | ($5.00) | $190.35 |
| DEV | 4/19/2008 3:26:04 PM | TFN0419 | Phone Withdrawal | ($5.00) | $195.35 |
| DEV | 4/18/2008 5:15:10 PM | 33314508 | Western Union | $200.00 | $200.35 |
| DEV | 4/13/2008 8:08:50 PM | TFN0413 | Phone Withdrawal | ($10.00) | $0.35 |
| DEV | 4/13/2008 10:47:27 AM | TFN0413 | Phone Withdrawal | ($6.00) | $10.35 |
| DEV | 4/12/2008 2:07:47 PM | TFN0412 | Phone Withdrawal | ($1.00) | $16.35 |
| DEV | 4/11/2008 9:38:01 PM | TFN0411 | Phone Withdrawal | ($1.00) | $17.35 |
| DEV | 4/9/2008 10:24:40 PM | TFN0409 | Phone Withdrawal | ($1.00) | $18.35 |
| DEV | 4/9/2008 8:18:56 AM | HIPP0308 | Payroll - IPP | $17.64 | $19.35 |
| DEV | 4/9/2008 7:14:04 AM | TFN0409 | Phone Withdrawal | ($2.00) | $1.71 |

1 2 3 4 5

**Total Transactions: 249**

**Totals:**  $15.18    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $102.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $102.08 |
| **Totals:** | **$102.08** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$102.08** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,029.86 | $1,028.30 | $102.99 | $211.17 | $128.42 | N/A | N/A |

Exhibit A

To Whom It May Concern:

I would like to receive a copy of my plea hearing and sentencing hearing transcripts for 2/25/03 and 6/4/03.

Thank you,
Reginald Spence