IN
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| REGINALD SPENCE,<br>　　PLAINTIFF,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　DEFENDANT, | CRIMINAL NO: 3:02-CR-212 (RNC)<br>JUDGE: HONORABLE ROBERT CHATNIGY |

MOTION PURSUANT TO 18 U.S.C. §3582(c)(2)
TO MODIFY OR CORRECT SENTENCE

   **NOW COMES**, The Petitioner Reginald Spence coming before the Court Pro se seeking to modify his sentence pursuant to U.S.C. 18§3582(c)(2) under the two level reduction granted by the United States Sentencing Commission. Under the retroactively of this adamendment that the District Court judges have the ability to (grant) a downward departure of two or more levels based on the new sentencing guidelines that have been applied retroactively.

   By way of background on or about September 11, 2002,

---

3:02-CR-212(RNC)    USA v. Reginald Spence

Motion Pursuant to 18. U.S.C. § 3582(c)(2) to Modify or Correct Sentence (Doc. #76)

July 10, 2008.  The defendant has moved for a reduction in his sentence based on retroactive application of the amended guideline for crack cocaine offenses.  The Government contends that the defendant is ineligible for a reduction because the sentence he received is a mandatory minimum sentence required by statute.  See U.S.S.G. § 1B1.10, comment n.1.(A).  I agree that the defendant's mandatory minimum sentence may not be reduced.  Accordingly, the motion is hereby denied.  So ordered.

/s/ Robert N. Chatigny, USDJ
Robert N. Chatigny, U.S.D.J.