UNITED STATES DISTRICT
COURT OF CONNECTICUT

Reginald Spence,           )          CRIMINAL NO: 3:02-CR-212(RNC)
        Petitioner,        )
                           )
    v.                     )
                           )
United States of America,  )
        Defendants,        )
                           )
                           )
                           )

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR TRANSCRIPTS
WITHOUT PRE-PAYMENT**

Now Comes, Reginald Spence, Petitioner, Pro-Se in the aboved entitled cause and moves this Honorable Court to enter it's order granting petitioner's pauper status in that he is a poor inmate to produce the transcripts requested without pre-payment in that the poor prisoners are entitled by law to have free transcripts of their sentencing hearing and pre-trial proceedings. See <u>GRIFFIN V. ILLINOIS, 351 U.S. 12</u>, and also: <u>DOUGLAS V. CALIFORNIA, 372 U.S. 353</u>. See [ Exhibit-A] describing the needed transcripts in connection with the petitioners attaches his in Forma Pauperis declaration and a six (6) months print-out of his inmate trust fund account.

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on June 08, 2008.

3:02CR212(RNC) <u>USA v. Reginald Spence</u>

<u>Motion for Leave to Proceed In Forma Pauperis and for Transcripts
Without Prepayment (doc. #79)</u>

July 10, 2008. Denied as moot in light of the Court's ruling on defendant's Motion Pursuant to 18 U.S.C. §3582(c)(2) to Modify or Correct Sentence, which has been denied. So ordered.

/s/ Robert N. Chatigny, USDJ

02cv212 end 79           Robert N. Chatigny, U.S.D.J.